IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SILVESTRE GARCIA, JR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1532-RP |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Plaintiff Silvestre Garcia, Jr.'s ("Garcia") Motion for Remand, (Dkt. 3). (R. & R., Dkt. 7). Defendant State Farm Mutual Automobile Insurance Company ("State Farm") timely filed objections to the report and recommendation. (Objs., Dkt. 9).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because State Farm timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules State Farm's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 7), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Garcia's Motion for Remand, (Dkt. 3), is **GRANTED**. This case is **REMANDED** back to the 455th Judicial District Court of Travis County, Texas.

1

The Clerk of the Court is directed to **CLOSE** this action.

**SIGNED** on March 21, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE